CLOSED,JURY

# U.S. District Court
# District of South Carolina (Rock Hill)
# CIVIL DOCKET FOR CASE #: 0:21−cv−03924−CMC

Atlantic Pacific Equipment, LLC et al v. MPC Solutions, LLC et al
Assigned to: Honorable Cameron McGowan Currie
Cause: 18:1836(b) Civil Action to Protect Trade Secrets

Date Filed: 12/03/2021
Date Terminated: 03/18/2022
Jury Demand: Both
Nature of Suit: 880 Defend Trade Secrets Act (of 2016)
Jurisdiction: Federal Question

**Plaintiff**

**Atlantic Pacific Equipment, LLC**  represented by  **Elizabeth Cameron Edmondson**
Nelson Mullins Riley and Scarborough LLP (G)
PO Box 10084
2 West Washington Street
Suite 400
Greenville, SC 29601
864.373.2335
Email: elizabeth.edmondson@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neil C Jones**
Nelson Mullins Riley and Scarborough
PO Box 10084
Greenville, SC 29603−0084
864−250−2300
Fax: 864−250−2281
Email: neil.jones@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Stevens Brown**
Nelson Mullins Riley and Scarborough
PO Box 10084
Greenville, SC 29603−0084
864−250−2300
Fax: 864−232−2925
Email: william.brown@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AT−PAC Scaffold Services, Inc.**  represented by  **Elizabeth Cameron Edmondson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neil C Jones**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Stevens Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

MPC Solutions, LLC     represented by  **Richard Hood Willis**
Williams Mullen
1230 Main Street
Suite 330
Columbia, SC 29201
803−567−4611
Fax: 803−567−4601
Email: rwillis@williamsmullen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth Ann Levy**
Williams Mullen
1230 Main Street
Suite 330
Columbia, SC 29201
803−567−4613
Email: rlevy@williamsmullen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric H Chadwick**
DeWitt Law Firm
2100 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
612−305−1400
Fax: 612−305−1414
Email: ehc@dewittllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James T Nikolai**
DeWitt Law Firm
2100 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
612−305−1400
Fax: 612−305−1414
Email: jtn@dewittllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

        **Robert C Van Arnam**
Williams Mullen
301 Fayetteville Street
Suite 1700
Raleigh, NC 27601
919–981–4000
Fax: 919–981–4300
Email: rvanarnam@williamsmullen.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary P Armstrong**
DeWitt Law Firm
2100 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
612–305–1400
Fax: 612–305–1414
Email: zpa@dewittllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Troy Kowalski**      represented by    **Richard Hood Willis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth Ann Levy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric H Chadwick**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James T Nikolai**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert C Van Arnam**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary P Armstrong**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Troy Lumsden** | represented by | **Richard Hood Willis** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Ruth Ann Levy** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Eric H Chadwick** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **James T Nikolai** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Robert C Van Arnam** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Zachary P Armstrong** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Byron Sedgwick** *TERMINATED: 03/18/2022* | represented by | **Richard Hood Willis** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Ruth Ann Levy** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Cert Locker, Inc., The** *TERMINATED: 03/18/2022* *doing business as* Formidable Designs *TERMINATED: 03/18/2022* | represented by | **Richard Hood Willis** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Ruth Ann Levy** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

**Matthew Bellon**

**Defendant**

**DH Jaxon Construction LLC**
*formerly known as*
Bell–Scaff Solutions, LLC

**Defendant**

| | |
|---|---|
| **LegacyX Software, Inc.** | represented by **Nicholas R Castricone , IV**<br>Wilson Elser Moskowitz Edelman and Dicker LLP (Atlanta)<br>3348 Peachtree Road<br>Suite 1400<br>Atlanta, GA 30326<br>470–419–2116<br>Email: nick.castricone@wilsonelser.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/03/2021 | Ï 1 | COMPLAINT against Matthew Bellon, Cert Locker, Inc., The, DH Jaxon Construction LLC, Troy Kowalski, LegacyX Software, Inc., Troy Lumsden, MPC Solutions, LLC, Byron Sedgwick (Filing fee $402 receipt number ASCDC–10216994) filed by Atlantic Pacific Equipment, LLC, AT–PAC Scaffold Services, Inc.. Service due by 3/3/2022 (Attachments: # 1 Verification, # 2 Exhibit List, # 3 Exhibit A – Hi–Vis Certificate of Registration, # 4 Exhibit B – Troy Lumsden Employment Agreement dated January 25, 2016, # 5 Exhibit C – Troy Lumsden Release and Termination Agreement dated March 22, 2017, # 6 Exhibit D – Troy Kowalski Employment Agreement dated January 28, 2011 (Western Canada Regional Manager), # 7 Exhibit E – Troy Kowalski Employment Agreement dated January 23, 2013 (Vice President for GSS), # 8 Exhibit F – Troy Kowalski Termination Notice dated October 13, 2017, # 9 Exhibit G – AT–PAC and LegacyX Letter of Understanding dated January 17, 2017, # 10 Exhibit H – AT–PAC and LegacyX Consulting and Service Agreement dated December 1, 2017, # 11 Exhibit I – AT–PAC and LegacyX Maintenance Agreement dated February 1, 2019, # 12 Exhibit J – December 31, 2019 email from Troy Lumsden to Byron Sedgwick, # 13 Exhibit K – Darrin Maidlow Will Say Statement, # 14 Exhibit L – Phillip Stuffco Will Say Statement, # 15 Exhibit M – MPC Solutions, LLC powerpoint presentation, # 16 Exhibit N – Metadata screenshot of powerpoint presentation)(cbru, ) (Entered: 12/06/2021) |
| 12/03/2021 | Ï 3 | Local Rule 26.01 Answers to Interrogatories by AT–PAC Scaffold Services, Inc., Atlantic Pacific Equipment, LLC.(cbru, ) (Entered: 12/06/2021) |
| 12/03/2021 | Ï 4 | MOTION for Preliminary Injunction by AT–PAC Scaffold Services, Inc., Atlantic Pacific Equipment, LLC. Response to Motion due by 12/17/2021. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. (Attachments: # 1 Memo in Support, # 2 Exhibit List, # 3 Exhibit A – Hi–Vis Certificate of Registration, # 4 Exhibit B – Troy Lumsden Employment Agreement dated January 25, 2016, # 5 Exhibit C – Troy Lumsden Release and Termination Agreement dated March 22, 2017, # 6 Exhibit D – Troy Kowalski Employment Agreement dated January 28, 2011 (Western Canada Regional Manager), # 7 Exhibit E – Troy Kowalski Employment Agreement dated January 23, 2013 (Vice President for GSS), # 8 Exhibit F – Troy Kowalski Termination Notice dated October 13, 2017, # 9 Exhibit G – |

| | | |
|---|---|---|
| | | AT–PAC and LegacyX Letter of Understanding dated January 17, 2017, # 10 Exhibit H – AT–PAC and LegacyX Consulting and Service Agreement dated December 1, 2017, # 11 Exhibit I – AT–PAC and LegacyX Maintenance Agreement dated February 1, 2019, # 12 Exhibit J – Affidavit of Mathew Horwood, # 13 Exhibit K – December 31, 2019 email from Troy Lumsden to Byron Sedgwick, # 14 Exhibit L – Darrin Maidlow Will Say Statement, # 15 Exhibit M – Phillip Stuffco Will Say Statement, # 16 Exhibit N – MPC Solutions, LLC powerpoint presentation, # 17 Exhibit O – Comparison of MPC powerpoint slide to AT–PAC powerpoint slide, # 18 Exhibit P – Metadata screenshot of powerpoint presentation)No proposed order.(cbru, ) (Entered: 12/06/2021) |
| 12/06/2021 | 5 | Summons Issued as to MPC Solutions, LLC. (cbru, ) (Entered: 12/06/2021) |
| 12/06/2021 | 6 | Summons Issued as to Troy Kowalski. (cbru, ) (Entered: 12/06/2021) |
| 12/06/2021 | 7 | Summons Issued as to Troy Lumsden. (cbru, ) (Entered: 12/06/2021) |
| 12/06/2021 | 8 | Summons Issued as to Byron Sedgwick. (cbru, ) (Entered: 12/06/2021) |
| 12/06/2021 | 9 | Summons Issued as to Cert Locker, Inc., The. (cbru, ) (Entered: 12/06/2021) |
| 12/06/2021 | 10 | Summons Issued as to Matthew Bellon. (cbru, ) (Entered: 12/06/2021) |
| 12/06/2021 | 11 | Summons Issued as to DH Jaxon Construction LLC. (cbru, ) (Entered: 12/06/2021) |
| 12/06/2021 | 12 | Summons Issued as to LegacyX Software, Inc. (cbru, ) (Entered: 12/06/2021) |
| 12/06/2021 | 13 | Report on the Filing or Determination of an Action or Appeal Regarding a Copyright. (cbru, ) (Entered: 12/06/2021) |
| 12/06/2021 | 14 | ***DOCUMENT MAILED 13 Report on the Filing or Determination of Copyright placed in U.S. Mail from Columbia Clerks Office to Register of Copyrights, Copyright Office, Library of Congress, Washington, D.C. 20559 (cbru, ) (Entered: 12/06/2021) |
| 12/16/2021 | 15 | Consent MOTION for Extension of Time to File Response/Reply as to 4 MOTION for Preliminary Injunction by AT–PAC Scaffold Services, Inc., Atlantic Pacific Equipment, LLC. Response to Motion due by 1/4/2022. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. Proposed order is being emailed to chambers with copy to opposing counsel.(Jones, Neil) (Entered: 12/16/2021) |
| 12/16/2021 | 16 | **TEXT ORDER granting 15 Motion for Extension of Time to File Response/Reply as to 4 MOTION for Preliminary Injunction as to Defendants MPC Solutions, LLC, Troy Kowalski, and Troy Lumsden only. (Response to Motion due by 1/5/2022) Signed by Honorable Cameron McGowan Currie on 12/16/2021.(cbru, )** (Entered: 12/16/2021) |
| 12/17/2021 | 17 | NOTICE of Appearance by Richard Hood Willis on behalf of Troy Kowalski, Troy Lumsden, MPC Solutions, LLC (Willis, Richard) (Entered: 12/17/2021) |
| 12/17/2021 | 18 | NOTICE of Appearance by Ruth Ann Levy on behalf of Troy Kowalski, Troy Lumsden, MPC Solutions, LLC (Levy, Ruth) (Entered: 12/17/2021) |
| 01/05/2022 | 19 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Troy Kowalski, Troy Lumsden, MPC Solutions, LLC. Response to Motion due by 1/19/2022. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. No proposed order.(Willis, Richard) Modified to correct motion relief on 1/5/2022 (cbru, ). (Entered: 01/05/2022) |
| 01/05/2022 | 20 | MOTION to Dismiss for Lack of Jurisdiction, MOTION to Change Venue by Troy Kowalski, Troy Lumsden, MPC Solutions, LLC. Response to Motion due by 1/19/2022. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. No |

| | | |
|---|---|---|
| | | proposed order.(Willis, Richard). Modified to add additional motion relief and to edit text on 1/5/2022 (cbru, ). Additional attachments filed as entry 22 on 1/5/2022 (cbru, ). Supplement filed as entry 48 on 1/31/2022 (cbru, ). (Entered: 01/05/2022) |
| 01/05/2022 | 22 | Additional Attachments to Main Document 20 MOTION to Dismiss for Lack of Jurisdiction, MOTION to Change Venue; 23 Response in Opposition to Motion. First attachment description: Exhibit A – Osswald Declaration . (Attachments: # 1 Exhibit B – Kowalski Declaration, # 2 Exhibit C – Lumsden Declaration, # 3 Exhibit D – Nikolai Declaration, # 4 Exhibit E – Sedgwick Declaration, # 5 Exhibit 1 – Wisconsin SOS – MPC SOLUTIONS, LLC (B090896), # 6 Exhibit 2 – DPS–MPC License Agreement, # 7 Exhibit 3 – Software Transfer Agreement, # 8 Exhibit 4 – Articles of Merger – filed 071520, # 9 Exhibit 5 – Wisconsin SOS – MPC INNOVATIONS, LLC (M103245), # 10 Exhibit 6 – tkowalski CV 2020, # 11 Exhibit 7 – DPS PowerPoint, # 12 Exhibit 8 – DPS PowerPoint Metadata, # 13 Exhibit 9 – 2018.10.18 CD Letter to Troy Kowalski, # 14 Exhibit 10 – 2018.10.19 Hall Letter, # 15 Exhibit 11 – 2018.11.09 email to Peter Hall, # 16 Exhibit 12 – 2019.03.15 Letter to T. Kowalski, # 17 Exhibit 13 – LEM Definition, # 18 Exhibit 14 – LEM_case_study, # 19 Exhibit 15 – ILLUMYS_A4, # 20 Exhibit 16 – Hi–Vis Website Screenshots re Tonnes, # 21 Exhibit 17 – Specific work location in OSHA regs 1910.27 – Scaffolds and rope descent systems. _ Occupational Safety and Health Administration, # 22 Exhibit 18 – Detailed Work Location Docs, # 23 Exhibit 19 – ASK–EHS Docs, # 24 Exhibit 20 – BrandNet Software, # 25 Exhibit 21 – EStock Software, # 26 Exhibit 22 – Excel Scaffold Software, # 27 Exhibit 23 – Monomer Software, # 28 Exhibit 24 – Scaffolding Software – iScaf, # 29 Exhibit 25 – Scaflog Software, # 30 Exhibit 26 – StrikeSoft, # 31 Exhibit 27 – Troy Lumsden Executive Profile, # 32 Exhibit 28 – Deleware SOS – Atlantic Pacific Equipment, LLC, # 33 Exhibit 29 – USPTO HI–VIS Trademark file, # 34 Exhibit 30 – AT–PAC website, # 35 Exhibit 31 – Screenshots from temporary–worx website, # 36 Exhibit 32 – Screenshots from Doka website, # 37 Exhibit 33 – Screenshots from GSS website, # 38 Exhibit 34 – Apple App store screen capture, # 39 Exhibit 35 – Global site solutions GEORGIA business record., # 40 Exhibit 36 – Google Play, # 41 Exhibit 37 – PeriPath Screenshot – mobilization, # 42 Exhibit 38 – demobilization construction webpage, # 43 Exhibit 39 – 2019.05.02 Letter to Nikolai re Kowalski, # 44 Exhibit 40 – 2019.05.02 JTN Ltr to Peggy Caldwell re Kowalski, # 45 Exhibit 41 – 2021.12.09 JTN to Jones re MPC Solutions, LLC, # 46 Exhibit 42 – 2021.12.10 email from AT–PAC responding to 12.9.2021 Ltr, # 47 Exhibit 43 – GSS Blog, # 48 Exhibit Ex. 44 – GSS LinkedIn, # 49 Exhibit 45 – SC Sec State MPC SOLUTIONS LLC, # 50 Exhibit 46 – Screenshot of Michael Poston Construction located in South Carolina)(Willis, Richard) Modified to edit text and to link correct event to associated event on 1/5/2022 (cbru, ). (Entered: 01/05/2022) |
| 01/05/2022 | 23 | RESPONSE in Opposition re 4 MOTION for Preliminary Injunction. Response filed by Troy Kowalski, Troy Lumsden, MPC Solutions, LLC. Reply to Response to Motion due by 1/12/2022 Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6. (Willis, Richard) Modified to edit text on 1/5/2022 (cbru, ). Additional attachments filed as entry 22 on 1/5/2022 (cbru, ). (Entered: 01/05/2022) |
| 01/05/2022 | 24 | DELETION OF DOCKET ENTRY NUMBER 21. Reason: Incorrect filing event used. Corrected Filing Document Number 23 . Modified filing date to that of original filing: N/A – Correction made on same date as original filing. Response due date modified to that of original filing: N/A – Correction made on same date as original filing. (cbru, ) (Entered: 01/05/2022) |
| 01/11/2022 | 26 | SUMMONS Returned Executed by Atlantic Pacific Equipment, LLC, AT–PAC Scaffold Services, Inc. Cert Locker, Inc., The served on 12/21/2021, answer due 1/11/2022. (Attachments: # 1 Exhibit A – Affidavit of Service)(Jones, Neil) Modified to edit text on 1/11/2022 (cbru, ). (Entered: 01/11/2022) |
| 01/11/2022 | 27 | Joint MOTION for Extension of Time to File Answer re 1 Complaint, MOTION for Extension of Time to File Response/Reply as to 4 MOTION for Preliminary Injunction by AT–PAC Scaffold Services, Inc., Atlantic Pacific Equipment, LLC, Cert Locker, Inc., The, Troy Kowalski, Troy |

| | | |
|---|---|---|
| | | Lumsden, MPC Solutions, LLC. Response to Motion due by 1/25/2022. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. Proposed order is being emailed to chambers with copy to opposing counsel.(Jones, Neil). Modified to correct motion relief, to add additional motion relief, and to add filers listed on document on 1/12/2022 (cbru, ). (Main Document 27 replaced on 1/12/2022) (cbru, ). (Entered: 01/11/2022) |
| 01/12/2022 | 29 | **TEXT ORDER granting 27 Motion for Extension of Time to Answer re 1 Complaint; granting 27 Motion for Extension of Time to File Response/Reply as to 4 MOTION for Preliminary Injunction. (Cert Locker, Inc., The answer due 2/1/2022; Reply due by 1/18/2022) Signed by Honorable Cameron McGowan Currie on 1/12/2022.(cbru, )** (Entered: 01/12/2022) |
| 01/12/2022 | 30 | MOTION to Appear Pro Hac Vice by Robert C. Van Arnam ( Filing fee $ 350 receipt number ASCDC–10276621) by Troy Kowalski, Troy Lumsden, MPC Solutions, LLC. Response to Motion due by 1/26/2022. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. (Attachments: # 1 Supporting Documents Application/Affidavit for Pro Hac Vice Application for Robert C. Van Arnam, # 2 Supporting Documents Certificate of Good Standing – Supreme Court of NC)Proposed order is being emailed to chambers with copy to opposing counsel.(Willis, Richard) (Entered: 01/12/2022) |
| 01/12/2022 | 31 | MOTION to Appear Pro Hac Vice by James T. Nikolai ( Filing fee $ 350 receipt number ASCDC–10276631) by Troy Kowalski, Troy Lumsden, MPC Solutions, LLC. Response to Motion due by 1/26/2022. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. (Attachments: # 1 Supporting Documents Application/Affidavit for Pro Hac Vice Application for James T. Nikolai, # 2 Supporting Documents Certificate of Good Standing – Supreme Court of MN)Proposed order is being emailed to chambers with copy to opposing counsel.(Willis, Richard) (Entered: 01/12/2022) |
| 01/12/2022 | 32 | MOTION to Appear Pro Hac Vice by Eric H. Chadwick ( Filing fee $ 350 receipt number ASCDC–10276642) by Troy Kowalski, Troy Lumsden, MPC Solutions, LLC. Response to Motion due by 1/26/2022. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. (Attachments: # 1 Supporting Documents Application/Affidavit for Pro Hac Vice Application for Eric H. Chadwick, # 2 Supporting Documents Certificate of Good Standing – Supreme Court of MN)Proposed order is being emailed to chambers with copy to opposing counsel.(Willis, Richard) (Entered: 01/12/2022) |
| 01/12/2022 | 33 | MOTION to Appear Pro Hac Vice by Zachary P. Armstrong ( Filing fee $ 350 receipt number ASCDC–10276673) by Troy Kowalski, Troy Lumsden, MPC Solutions, LLC. Response to Motion due by 1/26/2022. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. (Attachments: # 1 Supporting Documents Application/Affidavit for Pro Hac Vice Application for Zachary P. Armstrong, # 2 Supporting Documents Certificate of Good Standing – Supreme Court of MN)Proposed order is being emailed to chambers with copy to opposing counsel.(Willis, Richard) (Entered: 01/12/2022) |
| 01/12/2022 | 34 | **TEXT ORDER granting 30 Motion to Appear Pro Hac Vice; granting 31 Motion to Appear Pro Hac Vice; granting 32 Motion to Appear Pro Hac Vice; granting 33 Motion to Appear Pro Hac Vice. Signed by Honorable Cameron McGowan Currie on 1/12/2022.(cbru, )** (Entered: 01/12/2022) |
| 01/18/2022 | 35 | Joint MOTION for Extension of Time to File Response/Reply as to 20 MOTION to Dismiss for Lack of Jurisdiction MOTION to Change Venue, 19 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, 4 MOTION for Preliminary Injunction by AT–PAC Scaffold Services, Inc., Atlantic Pacific Equipment, LLC. Response to Motion due by 2/1/2022. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. Proposed order is being emailed to chambers with copy to opposing counsel.(Jones, Neil) (Entered: 01/18/2022) |

| | | |
|---|---|---|
| 01/19/2022 | 36 | **TEXT ORDER granting 35 Motion for Extension of Time to File Response/Reply. (Response to 19 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM; 20 MOTION to Dismiss for Lack of Jurisdiction, MOTION to Change Venue due by 1/21/2022. Reply to Response to 19 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM; 20 MOTION to Dismiss for Lack of Jurisdiction, MOTION to Change Venue due by 1/31/2022. Reply to Response to 4 MOTION for Preliminary Injunction due by 1/21/2022.) Signed by Honorable Cameron McGowan Currie on 1/19/2022.(cbru, )** (Entered: 01/19/2022) |
| 01/21/2022 | 37 | REPLY to Response to Motion re 4 MOTION for Preliminary Injunction Response filed by AT–PAC Scaffold Services, Inc., Atlantic Pacific Equipment, LLC. (Attachments: # 1 Exhibit A – GA SOS Conversion Record, # 2 Exhibit B – D Lawrence EE Agreement, # 3 Exhibit C – Employment Agreements Rod Skelton, # 4 Exhibit D – Legacy X NDA, # 5 Exhibit E – ThingTech Contracting Services Agreement, # 6 Exhibit F – Declaration of Jeff Davis)(Jones, Neil) (Entered: 01/21/2022) |
| 01/21/2022 | 38 | RESPONSE in Opposition re 20 MOTION to Dismiss for Lack of Jurisdiction MOTION to Change Venue Response filed by AT–PAC Scaffold Services, Inc., Atlantic Pacific Equipment, LLC.Reply to Response to Motion due by 1/28/2022 Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6. (Attachments: # 1 Exhibit A – MPC Solutions home page, # 2 Exhibit B – Contact page – MPC website, # 3 Exhibit C – MPC Solutions LinkedIn page, # 4 Exhibit D – Applied Laser Technologies Screenshot, # 5 Exhibit E – Bellscaff MPC Solutions Ltd., # 6 Exhibit F – Wisconsin MPC records)(Jones, Neil) (Entered: 01/21/2022) |
| 01/21/2022 | 39 | RESPONSE in Opposition re 19 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM Response filed by AT–PAC Scaffold Services, Inc., Atlantic Pacific Equipment, LLC.Reply to Response to Motion due by 1/28/2022 Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6. (Attachments: # 1 Exhibit A – GA SOS Conversion Record)(Jones, Neil) (Entered: 01/21/2022) |
| 01/31/2022 | 41 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Cert Locker, Inc., The, Byron Sedgwick. Response to Motion due by 2/14/2022. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. No proposed order.(Willis, Richard) Modified to correct motion relief and to edit text on 1/31/2022 (cbru, ). (Entered: 01/31/2022) |
| 01/31/2022 | 42 | REPLY to Response to Motion re 19 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM. Reply filed by Troy Kowalski, Troy Lumsden, MPC Solutions, LLC. Refiled by the Clerk to correct event type. (cbru, ) (Entered: 01/31/2022) |
| 01/31/2022 | 43 | DELETION OF DOCKET ENTRY NUMBER 40. Reason: Incorrect event used. Corrected Filing Document Number 42 . Modified filing date to that of original filing: N/A – Correction made on same date as original filing. Response due date modified to that of original filing: N/A. (cbru, ) (Entered: 01/31/2022) |
| 01/31/2022 | 45 | MOTION to Dismiss for Lack of Jurisdiction by Cert Locker, Inc., The, Byron Sedgwick. Response to Motion due by 2/14/2022. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. (Attachments: # 1 Exhibit A – Second Declaration of Bryon Sedgwick)No proposed order.(Willis, Richard) Modified to edit text on 1/31/2022 (cbru, ). (Attachment 1 replaced on 2/1/2022) (cbru, ). (Entered: 01/31/2022) |
| 01/31/2022 | 46 | REPLY to Response to Motion re 20 MOTION to Dismiss for Lack of Jurisdiction, MOTION to Change Venue. Reply filed by Troy Kowalski, Troy Lumsden, MPC Solutions, LLC. Refiled by the Clerk to correct event type. (cbru, ) (Entered: 01/31/2022) |
| 01/31/2022 | 47 | DELETION OF DOCKET ENTRY NUMBER 44. Reason: Incorrect event used. Corrected Filing Document Number 46 . Modified filing date to that of original filing: N/A – Correction made on same date as original filing. Response due date modified to that of original filing: N/A. (cbru, ) |

| | | |
|---|---|---|
| | | (Entered: 01/31/2022) |
| 01/31/2022 | 48 | SUPPLEMENT by Troy Kowalski, Troy Lumsden, MPC Solutions, LLC to 20 MOTION to Dismiss for Lack of Jurisdiction MOTION to Change Venue. (Attachments: # 1 Declaration of Byron Sedgwick (Revised), # 2 Declaration of Troy Kowalski (Revised)) Refiled by the Clerk to correct event type. (cbru, ) (Attachment 1 replaced on 2/1/2022) (cbru, ). (Entered: 01/31/2022) |
| 02/01/2022 | 50 | CLERK'S NOTICE: Defendants Troy Kowalski, Troy Lumsden, MPC Solutions, LLC, The Cert Locker, Inc., and Byron Sedgwick are reminded that Answers to Local Rule 26.01 Interrogatories are to be filed at the time a party first appears. Please file these answers to interrogatories no later than February 15, 2022. (cbru, ) Modified to edit text on 2/1/2022 (cbru, ). (Entered: 02/01/2022) |
| 02/08/2022 | 52 | NOTICE of Hearing on 20 MOTION to Dismiss for Lack of Jurisdiction, MOTION to Change Venue; 45 MOTION to Dismiss for Lack of Jurisdiction: Motion Hearing set for 3/10/2022 10:00 AM in Columbia #1, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Cameron McGowan Currie. (cbru, ) (Entered: 02/08/2022) |
| 02/09/2022 | 53 | SUMMONS Returned Executed by Atlantic Pacific Equipment, LLC, AT–PAC Scaffold Services, Inc.. DH Jaxon Construction LLC served on 2/4/2022, answer due 2/25/2022. (Jones, Neil) (Main Document 53 replaced on 2/9/2022) (cbru, ). (Additional attachment(s) added on 2/9/2022: # 1 Affidavit of Service) (cbru, ). (Entered: 02/09/2022) |
| 02/09/2022 | 54 | SUMMONS Returned Executed by Atlantic Pacific Equipment, LLC, AT–PAC Scaffold Services, Inc.. LegacyX Software, Inc. served on 1/24/2022, answer due 2/14/2022. (Attachments: # 1 Affidavit of Service (Part 2), # 2 Affidavit of Service (Part 3))(Jones, Neil) (Main Document 54 replaced on 2/9/2022) (cbru, ). (Additional attachment(s) added on 2/9/2022: # 3 Affidavit of Service (Part 1)) (cbru, ). Modified to edit text on 2/9/2022 (cbru, ). (Entered: 02/09/2022) |
| 02/10/2022 | 55 | Local Rule 26.01 Answers to Interrogatories by Troy Kowalski, Troy Lumsden, MPC Solutions, LLC.(Willis, Richard) (Entered: 02/10/2022) |
| 02/10/2022 | 56 | Local Rule 26.01 Answers to Interrogatories by Cert Locker, Inc., The, Byron Sedgwick.(Willis, Richard) (Entered: 02/10/2022) |
| 02/14/2022 | 57 | RESPONSE in Opposition re 45 MOTION to Dismiss for Lack of Jurisdiction Response filed by AT–PAC Scaffold Services, Inc., Atlantic Pacific Equipment, LLC.Reply to Response to Motion due by 2/22/2022 Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6. (Attachments: # 1 Exhibit A – MPC Articles of Merger, # 2 Exhibit B – The Cert Locker Inc. – Alberta Corporate Records, # 3 Exhibit C – 2296013 Alberta Ltd – Corporate Records, # 4 Exhibit D – 2296028 Alberta Ltd. – Alberta Corporate Records, # 5 Exhibit E – Bellscaff MPC Solutions Ltd. – Alberta Corporate Records, # 6 Exhibit F – MPC solutions home page, # 7 Exhibit G – Contact page – MPC website, # 8 Exhibit H – MPC Solutions LinkedIn page, # 9 Exhibit I – Applied Laser Technologies Screenshot)(Jones, Neil) (Entered: 02/14/2022) |
| 02/14/2022 | 58 | RESPONSE in Opposition re 41 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM Response filed by AT–PAC Scaffold Services, Inc., Atlantic Pacific Equipment, LLC.Reply to Response to Motion due by 2/22/2022 Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6. (Attachments: # 1 Exhibit A – GA SOS Conversion Record)(Jones, Neil) (Entered: 02/14/2022) |
| 02/22/2022 | 62 | REPLY to Response to Motion re 45 MOTION to Dismiss for Lack of Jurisdiction. Response filed by Cert Locker, Inc., The, Byron Sedgwick. (Attachments: # 1 Exhibit A – Second Nikolai Declaration, # 2 Exhibit 47 – MAZKO CORP., # 3 Exhibit 48 – RAMAX, INC.)(Willis, Richard) Modified to edit text on 2/22/2022 (cbru, ). (Entered: 02/22/2022) |
| 02/22/2022 | 63 | REPLY to Response to Motion re 41 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM. Response filed by Cert Locker, Inc., The, Byron Sedgwick. (Willis, Richard) Modified to |

| | | |
|---|---|---|
| | | edit text on 2/22/2022 (cbru, ). (Entered: 02/22/2022) |
| 02/22/2022 | 64 | DELETION OF DOCKET ENTRY NUMBER 60, 61. Reason: Incorrect filing event used. Corrected Filing Document Number 62 , 63 . Modified filing date to that of original filing: N/A – Correction made on same date as original filing. Response due date modified to that of original filing: N/A. (cbru, ) (Entered: 02/22/2022) |
| 03/04/2022 | 66 | ANSWER to Complaint by LegacyX Software, Inc. (Castricone, Nicholas) Modified to edit text on 3/7/2022 (cbru, ). (Entered: 03/04/2022) |
| 03/07/2022 | 67 | CLERK'S NOTICE: Defendant LegacyX Software, Inc. is reminded that Answers to Local Rule 26.01 Interrogatories are to be filed at the time a party first appears. Please file these answers to interrogatories no later than March 21, 2022.(cbru, ) (Entered: 03/07/2022) |
| 03/10/2022 | 69 | **Minute Entry. Proceedings held before Honorable Cameron McGowan Currie: Motion Hearing held on 3/10/2022 ; re 20 MOTION to Dismiss for Lack of Jurisdiction and MOTION to Change Venue filed by MPC Solutions, LLC, Troy Kowalski, Troy Lumsden, 45 MOTION to Dismiss for Lack of Jurisdiction filed by Cert Locker, Inc., The, Byron Sedgwick. Court to file written order. Court Reporter Kathleen Richardson. (mflo, )** (Entered: 03/10/2022) |
| 03/18/2022 | 70 | **ORDER granting 20 MOTION to Change Venue, denying as moot 20 MOTION to Dismiss for Lack of Jurisdiction, granting 45 MOTION to Dismiss for Lack of Jurisdiction. Signed by Honorable Cameron McGowan Currie on 3/18/2022. (cbru, )** (Entered: 03/18/2022) |